425 A.2d 744

**COMMONWEALTH of Pennsylvania**

v.

**Ancell Eugene HAMM, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1981.

Decided Feb. 27, 1981.

Fred T. Cadmus, III and Ronald C. Nagle, Westchester (Court-appointed), for appellant.

Richard A. Lewis, Dist. Atty., Dauphin County, James R. Freeman, Dist. Atty., Chester County, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Dauphin County is affirmed.